**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Eric HUGHES, Claimant–Appellant,**

and

**Parcel A–4 of Palmer Springs District, Mecklenburg County, Virginia, containing 3.5 Acres, more or less, Titled to John Eric Hughes, also Including the Life Estate of Mary Elizabeth C. Hughes, All right, title and interest in the real property, including all structures and improvements thereon, designated as; $1,600 in U.S. Currency, Defendants,**

Aretha Hughes;  Mary Elizabeth
C. Hughes, Claimants.

No. 00–2466.

United States Court of Appeals,
Fourth Circuit.

Submitted April 20, 2001.

Decided May 25, 2001.

John Eric Hughes, pro se.  Gurney
Wingate Grant, II, Office of the United
States Attorney, Richmond, VA, for appellee.

Before WILLIAMS, MICHAEL, and
GREGORY, Circuit Judges.

PER CURIAM.

John Eric Hughes appeals the district
court's order granting summary judgment
to the Government in its forfeiture action.
We have reviewed the record and the district court's order and find no reversible
error.  Accordingly, we affirm on the reasoning of the district court.  *See United
States v. Hughes*, No.  CA–00–107–3
(E .D.Va. Oct. 23, 2000).  We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*